IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EAGLE PARTS & PRODUCTS, INC., | * |
| Plaintiff, | * |
| v. | * CV 114-189 |
| CUSTOM GOLF CAR SUPPLY, INC., | * |
| Defendant. | * |

**O R D E R**

On March 30, 2015, the parties to this patent infringement suit filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation states that all claims and counterclaims asserted in this action are dismissed with prejudice, with each party bearing its own costs and attorney fees. **IT IS ORDERED** that Plaintiff's claims and Defendant's counterclaims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia